| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 22CR01228-001-W |
| | | DOCKET NUMBER (Rec. Court) |
| | | 3:25-cr-00076 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Plutarco Serafin Navarro<br>Middle District of Tennessee | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Thomas J. Whelan<br>Senior U.S. District Judge | |
| | DATES OF<br>supervised release | FROM 12/27/2024 — TO 12/26/2027 |

**OFFENSE**

18 U.S.C. 545, Smuggling Goods into the United States, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Navarro has no significant ties to the Southern District of California and expects to remain in the Middle District of Tennessee for the remainder of supervised release. The probation office in the Middle District of Tennessee has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 2/18/25

Thomas J. Whelan
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: April 8, 2025

Eli Richardson
United States District Judge